# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nasir Mohammad Mohammad-Qasim, | No. CV-25-02637-PHX-SMB (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| John Cantu, et al., | |
| Respondents. | |

The Court has received Petitioner-Plaintiff's Notice of Supplemental Authority (Doc. 16) which will be stricken.

The purpose of a Notice of Supplemental Authority is to inform the Court of a newly decided case that is relevant to the dispute before it; it is not a venue for submission of additional argument or factual evidence. See Nichols v. Harris, 17 F. Supp. 3d 989, 996 n.3 (C.D. Cal. 2014) ("Filing a notice of supplemental authority to inform the Court of a new judicial opinion that has been issued is appropriate, but it is an improper occasion to argue outside the pleadings."); see also Hagens Berman Sobol Shapiro LLP v. Rubinstein, 2009 U.S. Dist. LEXIS 104619, at *3 (W.D. Wash. Oct. 22, 2009) (notice of supplemental authority improper "because it contained argument regarding the case" submitted for the court's review).

Petitioner-Plaintiff's Notice contains an additional four paragraphs of argument explaining how this case should be interpreted and applied in this case. The notice thus serves as a surreply, which is not authorized under any rule. Therefore,

**IT IS ORDERED** striking Petitioner-Plaintiff's Notice of Supplemental Authority (Doc. 16).

Dated this 26th day of September, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge