# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nasir Mohammad Mohammad-Qasim,<br><br>Petitioner,<br><br>v.<br><br>John Cantu, et al.,<br><br>Respondents. | No. CV-25-02637-PHX-MTL (MTM)<br><br>**ORDER** |

In their supplemental briefing, Respondents maintained Petitioner's detention was not prolonged under *Zadvydas v. Davis*, 533 U.S. 678 (2001). The Court will require a status update as to Petitioner's removal.

**IT IS ORDERED** no later than January 23, 2026, Respondents must provide the Court with a status update regarding Petitioner's removal, which must be supported by documentary evidence and if a declaration is submitted it must be supported by personal knowledge.

Dated this 16th day of January, 2026.

Michael T. Liburdi
United States District Judge