# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nasir Mohammad Mohammad-Qasim, | No. CV-25-02637-PHX-MTL (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| John Cantu, et al., | |
| Respondents. | |

In this habeas action brought under 28 U.S.C. § 2241, Petitioner challenged his current immigration detention. After soliciting supplemental briefing, the Court scheduled a hearing on the merits of Petitioner's *Zadvydas v. Davis* claim. (Docs. 28, 31.) In the parties' required joint status report, the parties indicate:

> Petitioner has now been detained beyond the six-month presumptively reasonable time period held to be constitutional in *Zadvydas*. *Zadvydas v. Davis*, 533 U.S. 678 (2001) (finding detention is "prolonged" and therefore unconstitutional when there is "no significant likelihood of removal in the foreseeable future"). With no progress toward obtaining travel documents to remove Petitioner to a third country, it appears Petitioner is entitled to release under *Zadvydas* because the Government is unable to establish at this time that his removal is significantly likely in the reasonably foreseeable future. *Id.* Accordingly, the parties jointly request that the Court order Petitioner's release and vacate the hearing on the merits of the petition.

(Doc. 32.) The Court will therefore grant the Petition as to the *Zadvydas* claim, order Petitioner's release, and deny the remaining claims as moot.

. . . .

1       **IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his *Zadvydas* claim. The Petition is otherwise denied as moot.

      **IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

      **IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

      **IT IS FINALLY ORDERED** the hearing scheduled for February 23, 2026 is vacated, all pending motions are denied as moot, and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

      Dated this 19th day of February, 2026.

*/s/ Michael T. Liburdi*
Michael T. Liburdi
United States District Judge